

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00254-CV

———————————————

SSCP MANAGEMENT INC., SDHAROD ENTERPRISES, INC., APPLE TEXAS RESTAURANTS, INC., TEXAS APPLE, LLC; AND SRS REAL ESTATE PARTNERS, LLC AND SRS NATIONAL NET LEASE GROUP, LP, Appellants

V.

SUTHERLAND PALUMBO, LLC, Appellee

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV18-1720

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered the "Agreed Motion to Dismiss SRS Real Estate Partners, LLC and SRS National Net Lease Group, LP's Appeal" filed by those appellants.

It is the court's opinion that the motion should be granted. We therefore grant the motion and dismiss the appeal of appellants' SRS Real Estate Partners, LLC and SRS National Net Lease Group, LP. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled *SSCP Management Inc., Sdharod Enterprises, Inc., Apple Texas Restaurants, Inc., and Texas Apple, LLC v. Sutherland Palumbo, LLC.*

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.


Per Curiam

Delivered: October 3, 2019